JOHN W. HUBER, United States Attorney (#7226)
STEWART M. YOUNG, Assistant United States Attorney (#14377)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Email: Stewart.Young@usdoj.gov



FILED
U.S. DISTRICT COURT
2016 NOV 30 P 3: 38
SEALED
DISTRICT OF UTAH
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. ARMANDO CASILLAS-HARO, aka Hector Cardenas, DAGOBERTO CASTELLION RAMIREZ, LEONEL SIERRA MARTINEZ, RAMON ALVAREZ PEREZ, ANGELA ARMENTA, ALFONSO CASILLAS-HARO, and GRISEL GARCIA, aka "Maria Grisales", Defendants. | INDICTMENT<br><br>VIOLATIONS:<br><br>Count 1: 21 U.S.C. §§ 841(a)(1) & 846: Conspiracy to Distribute Methamphetamine<br><br>Count 2: 21 U.S.C. § 841(a)(1) & 18 U.S.C. 2: Possession of Methamphetamine with Intent to Distribute<br><br>Count 3: 21 U.S.C. § 841(a)(1) & 18 U.S.C. 2: Possession of Methamphetamine with Intent to Distribute<br><br>Count 4: 18 U.S.C. § 1956(h): Conspiracy to Commit Money Laundering<br><br>Count 5: 18 U.S.C. § 1956(h): Conspiracy to Commit Money Laundering |
|---|---|

Case: 2:16-cr-00612
Assigned To : Nuffer, David
Assign. Date : 11/30/2016
Description: USA v.

The Grand Jury Charges:

## COUNT 1
## 21 U.S.C. §§ 841(a)(1) & 846
### (Conspiracy to Distribute Methamphetamine)

Beginning on a date unknown, and at least from August 15, 2015, continuing to on or about October 6, 2016, in the Central Division of the District of Utah, and elsewhere,

ARMANDO CASILLAS-HARO, aka Hector Cardenas, DAGOBERTO CASTELLION RAMIREZ, LEONEL SIERRA MARTINEZ, and RAMON ALVAREZ PEREZ,

defendants herein, did combine, conspire, confederate and agree with other persons, both known and unknown to the Grand Jury, and with each other, to knowingly and intentionally distribute five hundred (500) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C. §§ 841(a)(1) & 846; and punishable pursuant to 21 U.S.C. §841(b)(1)(A).

## COUNT 2
## 21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2
### (Possession of Methamphetamine with Intent to Distribute)

On or about August 27, 2016 in the Central Division of the District of Utah, and elsewhere,

ARMANDO CASILLAS-HARO, aka Hector Cardenas, DAGOBERTO CASTELLION RAMIREZ, and LEONEL SIERRA MARTINEZ,

defendants herein, did knowingly and intentionally possess with intent to distribute five hundred (500) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, within the meaning of 21

U.S.C. § 812; and did aid and abet herein, all in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2; and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

## COUNT 3
### 21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2
**(Possession of Methamphetamine with Intent to Distribute)**

On or about October 6, 2016, in the Central Division of the District of Utah, and elsewhere,

ARMANDO CASILLAS-HARO, aka Hector Cardenas,

defendants herein, did knowingly and intentionally possess with intent to distribute five hundred (500) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, within the meaning of 21 U.S.C. § 812; and did aid and abet herein, all in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2; and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

## COUNT 4
### 18 U.S.C. § 1956(h)
**(Conspiracy to Commit Money Laundering)**

Beginning on a date unknown, and at least from August 15, 2015, continuing to on or about October 6, 2016, in the Central Division of the District of Utah, and elsewhere,

ARMANDO CASILLAS-HARO, aka Hector Cardenas, ANGELA ARMENTA, and ALFONSO CASILLAS-HARO,

the defendants herein, did willfully and knowingly combine, conspire, confederate and agree together with others known and unknown to the Grand Jury, to commit certain offenses under Title 18, United States Code, Section 1956, in that they conducted and attempted to conduct financial transactions affecting interstate commerce, which

transactions involved the proceeds of specified unlawful activity, that is, conspiracy to distribute methamphetamine in violation of Title 21, United States Code, Sections 841(a)(1) & 846, and possession of methamphetamine with intent to distribute in violation of Title 21, United States Code, Section 841(a)(1), (1) with the intent to promote the carrying on of such specified unlawful activity, and (2) knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership and control of the proceeds of said specified unlawful activity, in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 1956(a)(1)(B)(i); all in violation of Title 18, United States Code, Section 1956(h).

## COUNT 5
## 18 U.S.C. § 1956(h)
### (Conspiracy to Commit Money Laundering)

Beginning on a date unknown, and at least from July 1, 2016, continuing to on or about October 6, 2016, in the Central Division of the District of Utah, and elsewhere,

ARMANDO CASILLAS-HARO, aka Hector Cardenas, and GRISEL GARCIA, aka Maria Grisales,

the defendants herein, did willfully and knowingly combine, conspire, confederate and agree together with others known and unknown to the Grand Jury, to commit certain offenses under Title 18, United States Code, Section 1956, in that they conducted and attempted to conduct financial transactions affecting interstate commerce, which transactions involved the proceeds of specified unlawful activity, that is, conspiracy to distribute methamphetamine in violation of Title 21, United States Code, Sections 841(a)(1) & 846, and possession of methamphetamine with intent to distribute in

violation of Title 21, United States Code, Section 841(a)(1), (1) with the intent to promote the carrying on of such specified unlawful activity, and (2) knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership and control of the proceeds of said specified unlawful activity, in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 1956(a)(1)(B)(i); all in violation of Title 18, United States Code, Section 1956(h).

A TRUE BILL:

/S/
FOREPERSON OF GRAND JURY

JOHN W. HUBER
United States Attorney

STEWART M. YOUNG
Assistant United States Attorney